UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

TODD DELLAHOY,

       *Plaintiff*,

v.

NICOLE SLOANE, *et al.*,

       *Defendants*.

Civil Action No. 15-136

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 7th day of March, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE